IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

IN RE:

ALLISON S. EVANS,                           CHAPTER 7 CASE NO. 15-03020-JCO
fka ALLISON S. RAYBON,
     DEBTOR.

---

ALLISON S. EVANS,
fka ALLISON S. RAYBON,
     Plaintiff,                               Adversary Proc. No. 2016-_____
versus

HUNTER WARFIELD,
TIMBER RIDGE APARTMENTS,
     Defendants.

---

## COMPLAINT

### Introduction

1. This is an action for actual and punitive damages filed by the debtor pursuant to Sections 105, 362, and 524 of the Bankruptcy Code.

2. This action is also filed to enforce the Order of discharge duly entered in this Chapter 7 case and to enforce and to implement other Bankruptcy Code provisions and Rules related thereto.

### Jurisdiction and Venue

3. Jurisdiction is conferred on this Court pursuant to the provisions of Section 1334 of Title 28 of the United Stated Code in that this proceeding arises in and is related to the above-captioned Chapter 7 case under Title 11 and concerns the Debtor's rights in that case and under the bankruptcy laws.

4. This Court has both personal and subject matter jurisdiction to hear this case pursuant to Section 1334 of Title 28 of the United States Code, Section 157(b)(2) of Title 28 of the United States Code.

5. This matter is primarily a core proceeding and therefore the Bankruptcy Court has jurisdiction to enter a final order. However, in the event this case is determined to be a non-core proceeding then and in that event the Plaintiff consents to the entry of a final order by the Bankruptcy Judge.

1

6. Venue lies in this District pursuant to Section 1391(b) of Title 28 of the United States Code.

## Parties

7. The Plaintiff in this case was a debtor under Chapter 7 of Title 11 of the United States Code in case number 15-03020, which has been reopened before this court. The Plaintiff is hereinafter referred to as the Plaintiff and/or the debtor (former debtor).

8. The Defendant, Hunter Warfield is a company whose address appears to be 4620 Woodland Corporate Blvd., Tampa, Florida and is an entity acting as agent for Timber Ridge Apartments in the southern district of Alabama.

9. The Defendant, Timber Ridge Apartments, is a company whose address appears to be 6700 Wall Street, Mobile, Alabama. Timber Ridge Apartments is a company that is and has been doing business in the Southern District of Alabama.

## Factual Allegations

10. The Plaintiff was a resident of the southern district of Alabama. On or about September 16, 2015, she filed bankruptcy under Chapter 7 of the United States Bankruptcy Code in the southern district of Alabama.

11. At all times related thereto, Timber Ridge Apartments was listed as a creditor of Plaintiff on Schedule F as creditors holding an unsecured non-priority claim.

12. On or about January 11, 2016, Plaintiff received her discharge from the United States Bankruptcy Court in the southern district of Alabama.

13. On or about February 26, 2016, Plaintiff began receiving phone calls for monies owed Timber Ridge Apartments that were incurred prior to her bankruptcy being filed. The debt was listed in the bankruptcy schedules and they received notice of the bankruptcy. After discharge, they continued to bill Plaintiff directly for past due amounts. Plaintiff has received over fifteen (15) calls since February 26, 2016.

14. Timber Ridge Apartments and Hunter Warfield had been notified of Plaintiff's bankruptcy and instructed to take whatever action they deemed necessary through the bankruptcy system.

15. Timber Ridge Apartments and Hunter Warfield were notified, both by Plaintiff and her attorney, of the discharge in bankruptcy and that the debt was no longer due. As of this date, even after being notified of the discharge in bankruptcy, Plaintiff continues to receive collection notices regarding this discharged debt.

2

## First Claim for Relief
### (Violation of the Automatic Stay)

16. The allegations in paragraphs 1 through 15 of this complaint are realleged and incorporated herein by this reference.

17. The actions of Hunter Warfield and Timber Ridge Apartments for payment of discharged debt, constitute a gross violation of the automatic stay as set forth in 11 U.S.C. Section 362(a)(3).

18. As a result of the above violations of 11 U.S.C. Section 362, the Defendants are joint and severally liable to the Plaintiff for actual damages, punitive damages and legal fees.

## Second Claim for Relief
### (Violations of Sections 105 and 506 of Title 11 of the United States Code)

19. The allegations in paragraphs 1 through 18 of this complaint are realleged and incorporated herein by this reference.

20. The actions of the Defendants by attempting to collect discharged debt, constitute a willful, intentional, gross and flagrant violations of the provisions of Sections 105 and 506 of Title 11 of the United States Code.

## Third Claim for Relief
### (Violation of Discharge Order)

21. The allegation in paragraphs 1 through 20 of this complaint are realleged and incorporated herein by this reference.

22. The Plaintiff is informed and believes and, therefore, alleges that the actions of Hunter Warfield and Timber Ridge Apartments constitute a gross violation of the Discharge Order as set forth in 11 U.S.C. Section 524(a) and the Order entered in this case on January 11, 2016.

23. The Plaintiff is informed and alleges that the continued collection efforts of a discharged debt are unlawful, in violation of the discharge injunction order, and continue to cause Plaintiff harm.

28. As a result of the above violations of 11 U.S.C. 362, Hunter Warfield and Timber Ridge Apartments are liable, both jointly and severally, to the Plaintiff for actual damages, punitive damages and legal fees.

## Fourth Claim for Relief
### (Violation of Fair Debt Collection)

29. The allegations in paragraphs 1 through 28 of this complaint are realleged and incorporated herein by this reference.

3

Case 16-00032    Doc 1    Filed 06/20/16    Entered 06/20/16 14:58:08    Desc Main
Document    Page 3 of 6

30. The Defendants, Hunter Warfield and Timber Ridge Apartments, violated the FDCPA. Defendants' violations include, but are not limited to, engaging in any conduct the natural consequences of which is to harass, oppress, or abuse any person in connection with the collection of a debt, 15 U.S.C. Section 1692d.

31. As a result of the above violations of the FDCPA, the Defendants Hunter Warfield and Timber Ridge Apartments, are liable to the Plaintiff for actual damages, statutory damages of $1,000.00, and attorney's fees.

**WHEREFORE,** the Plaintiff having set forth her claims for relief against the Defendants respectfully pray of the Court as follows:

A. That the Plaintiff have and recover against the Defendants a sum to be determined by the Court in the form of actual damages;

B. That the Plaintiff have and recover against the Defendants a sum to be determined by the Court in the form of statutory damages, if any;

C. That the Plaintiff have and recover against the Defendants a sum to be determined by the Court in the form of punitive damages;

D. That the Plaintiff have and recover against the Defendants all reasonable legal fees and expenses incurred by her attorney;

E. That the Plaintiff have such other and further relief as the Court may deem just and proper.

Dated this the 8th day of June, 2016.

/s/ Allison S. Evans
Allison S. Evans fka Allison S. Raybon

/s/ Wesley H. Blacksher
Wesley H. Blacksher
WESLEY H. BLACKSHER, LLC
Attorney for the Plaintiff
3763 Professional Parkway
Mobile, Alabama 36609
Phone (251) 432-1010/Fax (251) 343-2344
blacksherw@aol.com

STATE OF ALABAMA:
COUNTY OF MOBILE:

BEFORE ME, the undersigned authority, a Notary Public in and for said State and County, personally appeared Allison S. Evans fka Allison S. Raybon, whose name is signed to the foregoing Complaint, who is known to me, and who, after being duly sworn on oath, deposes and says that she has read the foregoing instrument and that the statements contained therein are true and correct to the best of her knowledge, information and belief.

SWORN TO AND SUBSCRIBED BEFORE ME
THIS, THE 8th DAY OF June, 2016.

_Sandra K. Brannon_
NOTARY PUBLIC, STATE OF ALABAMA AT LARGE
My Commission Expires: 10-1-2019



**DEFENDANTS TO BE SERVED**
**VIA CERTIFIED MAIL AT:**

Timber Ridge Apartments
6700 Wall St
Mobile, AL 36695

Hunter Warfield
4620 Woodland Corporate Blvd.
Tampa, FL 33614

5

