Form sumntctrad.jsp 03/11

# UNITED STATES BANKRUPTCY COURT
## Southern District of Alabama

**In Re:** Allison S Evans  
    **Debtor(s)**

**Case No.** 15–03020 –JCO –7

Allison Evans,

    **Plaintiff(s)**

v.

**Adv. Proc. No.** 16–00032

Hunter Warfield,

Timber Ridge Apartments

    **Defendant(s)**

## SUMMONS AND NOTICE OF PRE–TRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

**Address of Clerk:**
United States Bankruptcy Court, 201 St. Louis Street, Mobile, AL 36602

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney:**
Wesley H. Blacksher, Wesley H. Blacksher, LLC., 3763 Profesional Parkway, Mobile, Alabama 36609

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a pre–trial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

**Date:** August 30, 2016    **Time:** 10:00 a.m.    **Location:** Courtroom 1

**Address:** United States Bankruptcy Court, 201 St. Louis Street, Mobile, AL 36602  
**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT**.

                                                            LEONARD N. MALDONADO  
                                                            Clerk, U. S. Bankruptcy Court

                                                            FM  
Dated: 6/21/16                                          Deputy Clerk Initials